UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| IN RE:<br><br>**RTS Law Group, PLLC**<br><br>and<br><br>**Jeanne Ann Pennebaker, PLLC** | **Chapter 13** |
|---|---|

### NOTICE OF MOTION AND OPPORTUNITY FOR HEARING

**TAKE NOTICE** that RTS Law Group, Attorney for the Debtors in this case, and Jeanne Ann Pennebaker, have filed a **MOTION TO SUBSTITUTE LEGAL COUNSEL and MOTION TO WITHDRAW** with the Court.

<u>Your rights may be affected</u>. You should read this notice carefully and discuss it with your Attorney, if you have one. If you do not have an Attorney that practices Bankruptcy law, it is strongly advised that you consult one.

IF YOU DO NOT WANT THE COURT TO APPROVE THE REQUESTED RELIEF, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS, THEN ON OR BEFORE **MARCH 9, 2017**, YOU OR YOUR ATTORNEY MUST DO THREE (3) THINGS:

1. File with the Court a written response explaining your position in the above referenced matter. If you mail your request to the Court for filing, you must mail it early enough so the Court will receive it by the date stated above.
   Mail to: US Bankruptcy Court
   401 West Trade Street, Charlotte, NC 28202
2. On or before the date above, you must also mail or fax a copy of your written response to:

   | Ryan T. Smith | Jeanne Ann Pennebaker | Warren L. Tadlock |
   |---|---|---|
   | RTS Law Group, PLLC | Jeanne Ann Pennebaker, PLLC | Chapter 13 Trustee |
   | 128 N. McDowell St. | 10130 Perimeter Pkwy, suite 200 | 5970 Fairview Rd., ste.650 |
   | Charlotte, NC 28204 | Charlotte, NC 28216 | Charlotte, NC 28210 |

3. Attend a hearing that will be held on **March 28, 2017, at 10:00am** at:
   Charles R. Jonas Federal Building, US Courthouse
   401 W. Trade St., Charlotte, NC 28202

If you or your Attorney does not take these steps, **A HEARING WILL NOT BE HELD** and the Court may decide to enter an order granting the relief requested.

This, the 24th day of February, 2017.

| */s/ Ryan T. Smith* | */s/Jeanne Ann Pennebaker* |
|---|---|
| Ryan T. Smith | Jeanne Ann Pennebaker, NC Bar #39174 |
| RTS Law Group, PLLC | Jeanne Ann Pennebaker, PLLC |
| 128 N. McDowell, Suite A | 10130 Perimeter Parkway, Suite 200 |
| Charlotte, NC 28204 | Charlotte, NC 28216 |
| (704) 552-4444 | (704) 602-5233 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE:<br><br>**RTS Law Group, PLLC**<br><br>and<br><br>**Jeanne Ann Pennebaker, PLLC** | **Chapter 13** |

MOTION TO SUBSITUTE LEGAL COUNSEL
and MOTION TO WITHDRAW

**COMES** NOW Ryan T. Smith, of RTS Law Group, PLLC and, Jeanne Ann Pennebaker of Jeanne Ann Pennebaker, PLLC, and, pursuant to Local Rules 2091-1(c) and 9013-1(e), and respectfully request of the Court the following:

1. Jeanne Ann Pennebaker is leaving her employment at RTS Law Group, PLLC, and RTS Law Group will no longer be practicing in the area of bankruptcy law. The clients signed their engagement letters with RTS Law Group, PLLC.
2. Jeanne Ann Pennebaker, PLLC, agrees to appear as an individual and attorney of record in place of her appearance as Jeanne Ann Pennebaker, RTS Law Group, in the cases listed on the attached Exhibit A.
3. Jeanne Ann Pennebaker, Attorney at Law, is the original attorney of record, is knowledgeable in Bankruptcy law and agrees to continue zealously representing each client in an individual capacity as Jeanne Ann Pennebaker, PLLC.
4. Each of the clients listed on Exhibit A has consented to representation by Jeanne Ann Pennebaker.
5. That granting this motion is in the best interests of the estates.

Wherefore, RTS Law Group respectfully prays of the Court the following:
1. That RTS Law Group, PLLC be withdrawn as counsel in each of the cases listed on Exhibit A;
2. That RTS Law Group, PLLC be fully discharged of any further responsibility for representing any of the debtors in the cases listed on Exhibit A;
3. That Jeanne Ann Pennebaker, PLLC be substituted in as counsel in each of the cases listed on Exhibit A;
4. For other such relief as the Court shall deem just and proper.

This, the 24th day of February, 2017.

| | |
|---|---|
| */s/ Ryan T. Smith* | */s/Jeanne Ann Pennebaker* |
| Ryan T. Smith | Jeanne Ann Pennebaker, NC Bar #39174 |
| RTS Law Group, PLLC | Jeanne Ann Pennebaker, PLLC |
| 128 N. McDowell, Suite A | 10130 Perimeter Parkway, Suite 200 |
| Charlotte, NC 28204 | Charlotte, NC 28216 |
| (704) 552-4444 | (704) 602-5233 |

EXHIBIT A
CHAPTER 13 CHARLOTTE

13-31111 Marlene M Brogan
13-31962 Reco Robinson
13-32039 Joseph C Summa
13-32105 Kathryn Ann Harrington
13-32232 Tanya A Johns
13-32516 Darryl Butler and Marsha Butler
14-30212 Vincent Sardo
14-30325 Treba R Stacy
14-30397 John Christopher Rhodes and Jennifer J Rhodes
14-30719 Keesha Ramsue
14-30778 Joseph Watson Long
14-31502 Crystal Collette Baldwin
14-31791 Neely Wallace Ayers
14-32115 Cara Rusmisell
15-30287 Christopher Garcia
15-30292 Chanda Linell Spates
15-30523 Tanja R Ennis
15-30640 Blake Douglas and Wendy Peterson Douglas
15-30963 Timothy Earl Collins
15-31121 Sheila R Pierfelice
15-31167 Margie Marie Ayers
15-31313 Casey L Bryant Sr
15-31426 Guanah D Davis
15-31523 Cynthia Bryon
15-31565 Henry Bright Lindler
15-31566 Richard M Melvin and Pattie M Melvin
15-31820 Michael E Holland and Jennifer Holland
15-31940 Kelly Antoniazzi Walters
16-30051 Ida Sharlon-Dunlap Johnson
16-30450 Shireka Latoya Gilmore
16-30646 Candace L Stradford
16-30858 Richard S Newkirk
16-31055 Douglas Corrigan
16-31072 Paul Joseph Destasio and Lindsay Jennifer Destasio
16-31267 Patrick Bennett
16-31282 Lisa Dawn Snyder
16-31316 Andrew Todd Brooke and Colette Joy Brooke
16-31436 Toye Drayton
16-31550 John Lapsley Duncan Jr.
16-31858 Mary H. Bostic-Russell
16-31862 John C. Prentzas
16-31882 Michael A. Massardo
16-31892 Crystal Brannon

17-30085 Edward M Mihilek
17-30086 Gregory Alan Elam
17-30097 Michelle McCabe
17-30249 Erin Canipe
17-30256 Brian and Nicholle Heath

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| **RTS Law Group, PLLC** | ) | Chapter 13 |
| | ) | |
| **and** | ) | 16-31267 |
| | ) | |
| **Jeanne Ann Pennebaker, PLLC** | ) | Patrick Bennett |
| | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that I have this day served a copy of the attached Motion To Substitute Legal Counsel and Motion To Withdraw either by Electronic Case Filing as indicated below or by depositing copies of same in the exclusive care and custody of the United States Postal Service, with proper postage thereto affixed to the parties listed herein below:

Attached ECF creditor list

This the 24rd day of February, 2017

                                                  /s/Jeanne Ann Pennebaker
                                                Jeanne Ann Pennebaker
                                                Attorney for the Debtor
                                                RTS Law Group
                                                North Carolina Bar Number 39174
                                                128-A N. McDowell Street
                                                Charlotte, NC 28204
                                                Phone:  (704) 552-4444
                                                Fax:  (704) 973-9468

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0419-3<br>Case 16-31267<br>Western District of North Carolina<br>Charlotte<br>Fri Feb 24 12:18:49 EST 2017 | United States Attorney<br>227 West Trade Street<br>Carillon Bldg, Suite 1700<br>Charlotte, NC 28202-1675 | Charlotte Division<br>401 West Trade Street<br>Charlotte, NC 28202-1633 |
| Appurgent Care<br>11821 Rock Landing Dr<br>Newport News, VA 23606-4207 | (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | Bank of America Home Loans<br>PO Box 31785<br>Tampa, FL 33631-3785 |
| Bank of America N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Brock & Scott, PLLC<br>5431 Oleander Dr # 200<br>Wilmington, NC 28403-5857 | Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| Credit Control Corp.<br>11821 Rock Landing Dr<br>Newport News, VA 23606-4207 | Dentist<br>1110 Navaho Dr Ste 501<br>Raleigh, NC 27609-7369 | Ford Motor Credit<br>PO Box 542000<br>Omaha, NE 68154-8000 |
| Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kellam & Pettit, P.A.<br>2701 Coltsgate Rd # 300<br>Charlotte, NC 28211-3594 |
| Kross/Lieberman & Stone<br>991 Aviation Pkwy Ste 30<br>Morrisville, NC 27560-8564 | Medical<br>2651 Warrenville Rd Ste 500<br>Downers Grove, IL 60515-5559 | Medical<br>4135 Southstream Blvd # 400<br>Charlotte, NC 28217-4636 |
| Medical<br>PO Box 1629<br>Maryland Heights, MO 63043-0629 | North Carolina Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 | Optimum Outcomes<br>PO Box 58015<br>Raleigh, NC 27658-8015 |
| PMAB<br>4135 Southstream Blvd # 400<br>Charlotte, NC 28217-4636 | SPS<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 | U.S. Bank NA, successor trustee to<br>Bank of America, NA<br>Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 |
| US Bank<br>PO Box 3447<br>Oshkosh, WI 54903-3447 | Wells Fargo Bank, N.A.<br>Box 5058 MAC P6053-021<br>Portland, OR 97208-5058 | Jeanne Ann Pennebaker<br>RTS Law Group<br>128 N. McDowell St.<br>Suite A<br>Charlotte, NC 28204-2202 |
| Patrick Bennett<br>240 Fenton Pl<br>Charlotte, NC 28207-1914 | Warren L. Tadlock<br>5970 Fairview Road, Suite 650<br>Charlotte, NC 28210-2100 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BB&T
PO Box 200
Wilson, NC  27894-0200

(d)BB&T Bankruptcy
PO Box 1847
Wilson NC 27894

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. Bank NA, successor trustee to Bank of

End of Label Matrix
Mailable recipients    28
Bypassed recipients     1
Total                  29