

FILED & JUDGMENT ENTERED
Steven T. Salata

April 7 2017

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:

Patrick Bennett                                  Chapter 13
                                                 CASE NO:  16-31267

SSN#: XXX-XX-1206                                Related Document # : 41

**ORDER**

ON February 28, 2017,  AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss Case or to Modify Plan

**AND, THIS COURT FINDS** that:

An Order was entered on 3/3/2017 providing that this case should be dismissed without further notice upon a future default in plan payments by the debtor.  The debtor has failed to comply or substantially comply with this provision, defaulting in the plan payment obligations since entry of the order.

Based on the foregoing, this Court concludes that this case should be dismissed.
_____

**IT IS, THEREFORE, ORDERED** that the above referenced Chapter 13 case be, and is hereby DISMISSED.

Reported and recommended by:

/s/ Warren L. Tadlock
   Chapter 13 Trustee

This Order has been signed electronically,            Laura T. Beyer
pursuant to administrative order of the Court.        _____
Effective as of date of entry.                        UNITED STATES BANKRUPTCY JUDGE